**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

David Duran,

Plaintiff,

v.

Lincoln National Life Insurance Company, et al.,

Defendants.

No. CV-25-03623-PHX-JAT

**ORDER**

I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned, by random draw, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Judge Humetewa has been drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable Diane J. Humetewa, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-25-03623-PHX-DJH.

Dated this 20th day of October, 2025.

James A. Teilborg
Senior United States District Judge