## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo & Co. Long-Term Disability Plan
c/o Wells Fargo & Company
MAC N9310-110
5500 S. 4th Street
Minneapolis, MN 55415

9590 9402 9341 5002 6405 63

2. Article Number *(Transfer from service label)*

9589 0710 5270 2854 9073 65

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MINNEAPOLIS MN
OCT 14 2025
USPS-35480

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
ail Restricted Delivery
)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 9341 5002 6405 63

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

SANDSTONE LAW GROUP
P.O. Box 34145
Phoenix, AZ 85067

Svc Plan (Duran)
10-8-25