Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
SANDSTONE LAW GROUP
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@sandstonelawgroup.com
kyle@sandstonelawgroup.com
*Attorneys for Plaintiff*

**SANDSTONE LAW GROUP**
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

David Duran,

Plaintiff,

v.

The Lincoln National Life Insurance Company, plan insurer and administrator; Wells Fargo & Company Long-Term Disability Plan, an ERISA benefit plan; and Wells Fargo & Company, plan sponsor and fiduciary,

Defendants.

No. CV-25-03623-PHX-DJH

**DECLARATION OF SERVICE BY CERTIFIED MAIL OF DEFENDANT WELLS FARGO & COMPANY**

I, Erin Rose Ronstadt, am familiar with the facts stated in this Declaration, and pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, I declare that I have served the Complaint (Doc. 1), Civil Cover Sheet (Doc. 1-1), Consent to Exercise of Magistrate Judge (Doc. 3), and Summons (Doc. 4-1) on Defendant **Wells Fargo & Company** by certified mail, postage prepaid, and return receipt received. Wells Fargo & Company n was individually served at:

Wells Fargo & Company, Plan Sponsor
MAC N9310-110
5500 S. 4th Street
Minneapolis, MN 55415 2025

I know that Wells Fargo & Company is located outside of the State of Arizona. Wells Fargo & Company received the Complaint and other documents on October 14, 2025 and the signed receipt was returned to me on October 27. A copy of the return receipt and

delivery confirmation is attached hereto.

Dated October 28, 2025.

SANDSTONE LAW GROUP

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle Shelton
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2025 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants and mailed a copy this same date to non-registrants:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
Phone:(214) 564-9542 Work
iwana@rademaekerslaw.com

*Attorneys for Defendant*

*s/ Merry Martin*

SANDSTONE LAW GROUP
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050