SANDSTONE LAW GROUP
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
SANDSTONE LAW GROUP
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@sandstonelawgroup.com
kyle@sandstonelawgroup.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

David Duran,

Plaintiff,

v.

The Lincoln National Life Insurance Company, plan insurer and administrator; Wells Fargo & Company Long-Term Disability Plan, an ERISA benefit plan; and Wells Fargo & Company, plan sponsor and fiduciary,

Defendants.

No. CV-25-03623-PHX-DJH

**PLAINTIFF'S NOTICE OF SERVICE OF PRELIMINARY ORDER (DOC. 9)**

Pursuant to this Court's Order of October 21, 2025 (Doc. 9), Plaintiff David Duran gives notice that he electronically served a copy of that Order upon counsel for Defendants this 28th day of October 2025.

Dated October 28, 2025.

SANDSTONE LAW GROUP

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle Shelton
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2025 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants and mailed a copy this same date to non-registrants:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
Phone:(214) 564-9542 Work
iwana@rademaekerslaw.com

*Attorneys for Defendant*

*s/ Merry Martin*

**SANDSTONE LAW GROUP**
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050