**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Duran,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company, Wells Fargo & Company Long-Term Disability Plan, and Wells Fargo & Company,<br><br>Defendants. | Case No. 2:25-CV-03623-DJH<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS WELLS FARGO & COMPANY LONG-TERM DISABILITY PLAN AND WELLS FARGO & COMPANY WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendants Wells Fargo & Company Long-Term Disability Plan (the "Plan") and Wells Fargo & Company ("Wells Fargo") based on the following stipulation:

It is hereby stipulated by and between Plaintiff David Duran ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through

their respective counsel, that the Plan and Wells Fargo are hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of the Plan and Wells Fargo having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since the Plan and Wells Fargo have not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against the Plan or Wells Fargo.

RESPECTFULLY SUBMITTED this 29th day of October 2025.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

AND

/s/ Erin Ronstadt (with permission)
Erin Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
SANDSTONE LAW GROUP
PO Box 34145
Phoenix AZ 85067
Phone: (602) 615-0050
Fax: (602) 761-4443
erin@sandstonelawgroup.com
kyle@sandstonelawgroup.com
Attorneys for Plaintiff David Duran

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt
erin@sandstonelawgroup.com
Kyle Shelton
kyle@sandstonelawgroup.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.