UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Duran,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company, Wells Fargo & Company Long-Term Disability Plan, and Wells Fargo & Company,<br><br>Defendants. | Case No.: 2:25-CV-03623-DJH<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendants Wells Fargo & Company Long-Term Disability Plan and Wells Fargo & Company Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Wells Fargo & Company Long-Term Disability Plan and Wells Fargo & Company be and hereby are dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ___________ 2025.