**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Duran,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-03623-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 16), filed on October 29, 2025,

**IT IS ORDERED** approving the Stipulation (Doc. 16) and dismissing this action as to **Defendants Wells Fargo & Company Long-Term Disability Plan and Wells Fargo & Company only**, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendants Wells Fargo & Company Long-Term Disability Plan and Wells Fargo & Company.

Dated this 3rd day of November, 2025.



Honorable Diane J. Humetewa
United States District Judge