**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Duran,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-03623-PHX-DJH<br><br>**SCHEDULING ORDER** |

On December 18, 2025, the parties filed with the Court their Joint Case Management Report (Doc. 19). On the basis of that joint report and in accordance with Rule 16(b)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that:

1. Initial Disclosures. Both parties assert that initial disclosures required by Federal Rule of Civil Procedure 26(a) do not apply to this case. *See* F. R. Civ. P. 26(a)(1)(B)9i).

2. Joining Parties, Amending Pleadings, and Filing Supplemental Pleadings. The deadline for joining parties, amending pleadings, and filing supplemental pleadings is **60 days** from the date of this Order.

3. Administrative Record**.** Plaintiff shall submit to the defendant any documents he/she contends should be in the record that are not included in the record physically delivered to the plaintiff already, by no later than June 26, 2026. The Administrative Record shall be filed, under seal, by no later than July 24, 2026.

4. Briefing Schedule. Plaintiff's opening brief shall be filed no later than August 21, 2026. Defendant's response brief shall be filed no later than September 25, 2026. Plaintiff's reply brief shall be filed no later than October 23, 2026.

5. Meet and Confer. By March 20, 2026 the parties shall discuss: (a) whether Plaintiff believes that any discovery beyond the Administrative Record should be conducted; and (b) the type of discovery and scope of discovery that they contend is permissible and should be conducted, with reasonable specificity (including proposed written discovery where possible).

The parties will then meet and confer to: (a) identify areas of agreement about permissible discovery; (b) narrow the discovery requests, if possible, to gain agreement about permissible discovery and narrow areas of dispute about permissible areas of discovery; and (c) complete such discovery as the parties can agree is permissible discovery.

To the extent that, after meeting and conferring, the parties remain in disagreement as to the permissible scope of discovery and type of discovery, on or before April 10, 2026 the parties shall submit briefing setting forth their respective positions in no more than **three (3) pages each for a total of six (6) pages**. If further discovery is permitted, the Court may set reasonable deadlines for completion of discovery at that time.

6. Good Faith Settlement Talks. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than February 27, 2026. No later than **five (5) working days** after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel.

7. Discovery Disputes. The parties shall not file written discovery motions without leave of Court. If a discovery dispute arises and cannot be resolved despite sincere efforts to resolve the matter through personal consultation (in person or by telephone), the parties shall **jointly file** (1) a brief written summary of the dispute, not to exceed two pages, with explanation of the position taken by each party and (2) a joint written certification that

the counsel or the parties have attempted to resolve the matter through personal consultation and sincere effort as required by LRCiv 7.2(j) and have reached an impasse. If the opposing party has refused to personally consult, the party seeking relief shall describe the efforts made to obtain personal consultation. Upon review of the filed written summary of the dispute, the Court may set an in-court hearing or telephonic conference, order written briefing, or decide the dispute without conference or briefing. If the Court desires supplemental briefing prior to a hearing, counsel will be notified by order of the Court. Any briefing ordered by the Court shall comply with LRCiv 7.2(j).

Absent extraordinary circumstances, the Court will not entertain fact discovery disputes after the deadline for completion of fact discovery and will not entertain expert discovery disputes after the deadline for completion of expert discovery.

8. Consent to a Magistrate Judge as Presider. The parties shall confer regarding possible consent to exercise of jurisdiction by a United States Magistrate Judge as presider in this action. **If all parties agree** to consent to a United States Magistrate Judge as presider in this action, the parties shall, **within 14 days** of the date of this order, submit to the Clerk of Court in paper form Form AO 85, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction. This form is available on the court's website at www.azd.uscourts.gov/forms. This form shall **not** be electronically filed.

9. Sanctions for Failure to Meet Deadlines of This Order or of the Rules. The parties are warned that failure to meet any of the deadlines in this order or in the Federal Rules of Civil Procedure without substantial justification may result in sanctions.

10. Briefing Requirements.

a. All memoranda filed with the Court shall comply with Local Rule of Civil Procedure 7.1(b) requiring 13 point font in text and footnotes.

b. Citations in support of any assertion in the text shall be included in the text, not in footnotes.

**TAKE NOTICE** that the deadlines contained herein are real. Pursuant to the Civil Justice Reform Act of 1990 the Court is obligated to facilitate civil cases in a manner which

reduces delay of adjudication. The Court expects the parties to adhere to the case management schedule as well as to the Federal Rules of Procedure and Local Rules. Requests to extend deadlines shall be made only under extraordinary circumstances; s*ettlement negotiations do not constitute extraordinary circumstances.*

**IT IS FINALLY ORDERED vacating** the Scheduling Conference set for January 7, 2026 at the Sandra Day O'Connor United States Courthouse in Phoenix, Arizona.

Dated this 19th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge