IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Duran,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-03623-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 21), filed on March 5, 2026,

**IT IS ORDERED** approving the Stipulation (Doc. 21) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 12th day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge